NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COZY COMFORT COMPANY LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1889

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00173-SAV, Judge Stephen A. Vaden.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Cozy Comfort Company LLC moves without opposition for transfer of "Plaintiff Exhibit 1, Physical Sample of The Comfy®, as well as its retail packaging, listed in Schedule H Joint Exhibit List in the Revised Pretrial Order (*See* Docket Entry 107)" to this court so that the sample is "available for inspection by this Court and the parties at oral argument." ECF No. 12 at 2. The court notes that Cozy Comfort's opening brief refers to how "The Comfy® is

shrink-wrapped and packaged for retail sale." Op. Br. at 8 (citations to the appendix omitted).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent the clerk of the United States Court of International Trade is directed to transfer the designated physical exhibit to this court. The clerk of this court shall maintain custody of the exhibit in the clerk's office. The merits panel assigned to this appeal may determine whether the exhibit will be made available at oral argument.

(2) The Clerk of Court shall transmit a copy of this order and the motion to that panel.

FOR THE COURT

September 23, 2025
Date

Jarrett B. Perlow
Clerk of Court