# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| COZY COMFORT COMPANY LLC,<br>      Appellant-Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>      Appellee-Defendant. | Court No. 2025-1889 |

## **NOTICE TO WITHDRAW AS COUNSEL FOR APPELLANT-PLAINTIFF**

Notice is hereby given that pursuant to U.S. CAFC Rule 47.3(c), Elon A. Pollack and Stein Shostak Shostak Pollack & O'Hara LLP withdraw as counsel for Appellant-Plaintiff.

WHEREFORE, Appellant-Plaintiff respectfully requests that the withdraw of Elon A. Pollack and the firm of Stein Shostak Shostak Pollack & O'Hara LLP in be entered into the United States Court of Appeals for the Federal Circuit Court No. 2025-1889.

Dated: January 5, 2026            Respectfully submitted,
                                         By: //Elon A. Pollack//
                                                 Elon A. Pollack, Esq.
                                                 STEIN SHOSTAK SHOSTAK POLLACK
                                                 & O'HARA, LLP
                                                 Attorneys for Appellant-Plaintiff,
                                                 Cozy Comfort LLC
                                                 445 S. Figueroa Street, Suite 2388
                                                 Los Angeles, California 90071
                                                 Telephone: (213) 630-8888
                                                 E-mail: elon@steinshostak.com